DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRIAN E. KREBS,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-2446

[May 6, 2021]

Appeal of order denying 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Ernest A. Kollra, Jr., Judge; L.T. Case No. 11-7065CF10A.

Wade M. Whidden and Karen A. Johnson of Whidden Johnson, Tampa, for appellant.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., GROSS and GERBER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***